AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-01601-FJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **David Brookhouser**
was received by me on *(date)* **2-9-12**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because **unit is vacant / empty inside** ; or
☐ Other *(specify)*: **507 E Moreland #B**
**Phoenix AZ 85004**
**2-9-12 @ 7:19pm**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2-9-12**

*Server's signature*
**Jim Ortman**

**DIRECT ACCESS**
**550 W. Baseline Rd.**
**Suite 102, # 200**
**Mesa, AZ 85210**

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-01601-FJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Marc Puskas__
was received by me on *(date)* __2-9-12__.

☒ I personally served the summons on the individual at *(place)*
__8546 W Gross Ave, Tolleson AZ__ on *(date)* __2-9-12 @ 5:49pm__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2-9-12__

_____
Server's signature

Dand Cresap
DIRECT ACCESS
550 W. Baseline Rd.
Suite 102, # 200
Mesa, AZ 85210

*Server's address*

Additional information regarding attempted service, etc: