**STEVENS LAW OFFICE, PLC**
Ryan J. Stevens (AZ Bar No. 026378)
309 N. Humphreys Street, Ste. 2
Flagstaff, Arizona 86001
Phone: (928) 226-0165
Fax: (928) 752-8111
stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K-BEECH, INC., | Case No. 2:11-cv-01601-FJM |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER DEFENDANT'S MARC PUSKAS COUNTERCLAIM** |
| MARC PUSKAS AND DAVID BROOKHOUSER, | |
| Defendants. | |

Plaintiff, K-Beech, Inc., moves for the entry of an Order granting its Motion for Enlargement of Time to answer Defendant, Marc Puskas' ("Defendant") Counterclaim and as grounds states as follows:

1. Plaintiff and Defendant have agreed on the material settlement terms to settle the underlying claims.

2. Plaintiff and Defendant are still in the process of concluding the terms and language of the settlement agreement which will require the dismissal with prejudice of all claims asserted against each other in this litigation.

1

3. Plaintiff respectfully requests that the time within it must file an answer to Defendant's Counterclaim be extended until March 30th, 2012, because said answer will very likely be unnecessary.

4. Undersigned counsel has conferred with Defendant's counsel, Richard H. Flaaen, who expressly authorized undersigned to inform the Court that Defendant does not object to the Court granting the requested relief.

5. None of the parties will be prejudiced should the Court enter an order granting the relief sought herein.

6. Good cause exists to grant this Motion.

WHEREFORE, Plaintiff respectfully requests that the time within it must file an answer to Defendant's Counterclaim be extended until March 30th, 2012.  A proposed order is attached.

DATED this 21st day of March, 2012.

Respectfully submitted,

*/s/ Ryan J. Stevens*
Ryan J. Stevens
AZ Bar No. 026378
STEVENS LAW OFFICE, PLC
309 N. Humphreys Street, Suite 2
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                               */s/ Ryan J. Stevens*
                                               Ryan J. Stevens