1  **STEVENS LAW OFFICE, PLC**
   Ryan J. Stevens (AZ Bar No. 026378)
2  309 N. Humphreys Street, Ste. 2
   Flagstaff, Arizona 86001
3  Phone: (928) 226-0165
   Fax: (928) 752-8111
4  stevens@flagstaff-lawyer.com
5  *Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K-BEECH, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>MARC PUSKAS AND<br>DAVID BROOKHOUSER,<br><br>              Defendants. | Case No. 2:11-cv-01601-FJM<br><br>**PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL OF THE AMENDED COMPLAINT AGAINST MARC PUSKAS AND MARC PUSKAS' STIPULATION OF VOLUNTARY DISMISSAL OF THE COUNTERCLAIM AGAINST PLAINTIFF, BOTH WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, K-Beech, Inc. (Plaintiff") and Defendant, Marc Puskas ("Defendant") have settled this matter. A condition of the settlement requires the parties to file this Stipulation of Dismissal. Accordingly, each party hereby voluntarily dismisses all claims which have been asserted against the other in this litigation with prejudice.

    //

1

DATED this 30st day of March, 2012.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Ryan J. Stevens* | */s/ Richard H. Flaaen*_____ |
| Ryan J. Stevens | Richard H. Flaaen |
| AZ Bar No. 026378 | AZ Bar No. 007386 |
| STEVENS LAW OFFICE, PLC | Law Office of Richard H. Flaaen |
| 309 N. Humphreys Street, Suite 2 | 20280 N. 59th Avenue, Ste. 115-738 |
| Flagstaff, Arizona 86001 | Glendale, AZ 85308 |
| Telephone: (928) 226-0165 | Telephone: (623) 826-4735 |
| Facsimile: (928) 752-8111 | Email: rflaaen@aol.com |
| Email: stevens@flagstaff-lawyer.com | *Attorney for Defendant Marc Puskas* |
| *Attorney for Plaintiff* | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 30, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            */s/ Ryan J. Stevens*
                                            Ryan J. Stevens