1  **STEVENS LAW OFFICE, PLC**
   Ryan J. Stevens (AZ Bar No. 026378)
2  309 N. Humphreys Street, Ste. 2
   Flagstaff, Arizona 86001
3  Phone: (928) 226-0165
   Fax: (928) 752-8111
4  stevens@flagstaff-lawyer.com
   *Attorney for Plaintiff*
5

6                 **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8  K-BEECH, INC.,
                                        Case No. 2:11-cv-01601-FJM
9                  Plaintiff.
                                        **PLAINTIFF'S NOTICE OF**
10 v.                                   **VOLUNTARY DISMISSAL**
                                        **WITHOUT PREJUDICE OF**
11                                      **DEFENDANT, DAVID**
   MARC PUSKAS AND                      **BROOCKHOUSER WITHOUT**
12 DAVID BROOKHOUSER,                   **PREJUDICE**

13                 Defendants.

14

15
        PLEASE TAKE NOTICE that K-BEECH, Inc. ("Plaintiff"), hereby voluntary
16
   dismisses Defendant, David Brooskhouser a.k.a. John Doe 32 <u>without prejudice</u>.
17
   Plaintiff's process server attempted service on this Defendant several times and was
18
   unable to locate him in the address provided by the Internet Service Provider.
19
        **Consistent herewith, Plaintiff consents to the Court having its case closed for**
20
   **administrative purposes.**
21
        / /
22

23

24


                                        1

DATED this 30th day of March, 2012.

Respectfully submitted,

*/s/ Ryan J. Stevens*
Ryan J. Stevens
AZ Bar No. 026378
STEVENS LAW OFFICE, PLC
309 N. Humphreys Street, Suite 2
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

*/s/ Ryan J. Stevens*
Ryan J. Stevens